# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Southern Electrical Retirement Fund <br> *Plaintiff* <br> v. <br> Union Controls, Inc. <br> *Defendant* | Civil Action No. 3:16-2272 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Union Controls, Inc.
c/o Vonda Chappell, Registered Agent
Kaufman & Canoles, P.C.
501 Independence Pkwy, Ste. 100
Chesapeake, VA 23320

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: R. Jan Jennings
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue, Ste. 200
Nashville, TN 37203
(615) 254-8801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

CLERK OF COURT

Date: AUG 24 2016

*Signature of Clerk or Deputy Clerk*